IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JESSE CANO                                                                                        PETITIONER
REG. #34375-177

V.                              NO.  2:11-cv-00001 SWW-JWC

T.C. OUTLAW, Warden,                                                                   RESPONDENT
FCI, Forrest City, AR

## ORDER

This 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 1) was transferred from the United States District Court for the Northern District of Texas (San Angelo) because Petitioner is a federal prisoner incarcerated in this district (doc. 4). Petitioner has been granted permission to proceed *in forma pauperis* (doc. 3).

Petitioner has named as Respondent the United States of America. The correct Respondent is T.C. Outlaw, the warden of the Federal Correctional Institution in Forrest City, Arkansas, the person having custody of Petitioner. 8 U.S.C. § 2243. The Clerk of the Court is directed to make this change. The Clerk is further directed to serve, by regular mail, a copy of the petition (doc. 1), the transfer order (doc. 4) and this order on Respondent and the United States Attorney. Respondent is directed to file an answer, motion, or other responsive pleading within twenty-one (21) days of service of the petition, exclusive of the day of service. *See* Rules 4 & 5, Rules Governing § 2254 Cases in United States District Courts; Rule 1 (permitting district courts to apply § 2254 rules in other habeas actions).

IT IS SO ORDERED this 5th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE