IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JESSE CANO                                                                                        PETITIONER
REG. #34375-177

V.                                    NO.  2:11-cv-00001 SWW-JWC

T.C. OUTLAW, Warden,                                                                RESPONDENT
FCI, Forrest City, AR

## ORDER

Respondent has filed a response to this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 8).  If Petitioner desires to file a reply, he is directed to do so on or before March 7, 2011.

IT IS SO ORDERED this 8th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE