**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | | |
|---|---|---|
| JESSE CANO, Reg. No. 34375-177 | * | |
| | * | |
| PETITIONER, | * | |
| v. | * | |
| | * | No. 2:11-cv-00001-SWW-JJV |
| T. C. OUTLAW, Warden, FCI Forrest City, Arkansas | * | |
| | * | |
| | * | |
| RESPONDENT. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Mr. Cano's Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED with prejudice.

SO ORDERED this 16th day of May, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE