# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| JESSE CANO, Reg. No. 34375-177 * | |
| * | |
| PETITIONER, * | |
| v. * | |
| * | No. 2:11-cv-00001-SWW-JJV |
| T. C. OUTLAW, Warden, FCI Forrest City, * | |
| Arkansas * | |
| * | |
| RESPONDENT. * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this 16th day of May, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE